JKW/SMS/AT
F. #2020R00228

**FILED**
1:47 pm, Oct 02, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. ____-_____(____)

**1:24-cr-00398(DG)(TAM)**

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
             October 2, 2024

                                     BREON PEACE
                                     United States Attorney
                                     Eastern District of New York
                                     Attorney for Plaintiff
                                     271 Cadman Plaza East
                                     Brooklyn, New York 11201

                            By:    /s/ JKW
                                     Jessica K. Weigel
                                     Sophia M. Suarez
                                     Adam Toporovsky
                                     Assistant United States Attorney
                                     (718) 254-7000

Cc:    Clerk of the Court