JKW
F. #2020R00228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ACCEPTING <u>GUILTY PLEA</u> |
| - against - | |
| JOHN DOE, | Docket No. 24-CR-398 (DG) |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

   IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant offered on October 21, 2024 before United States Magistrate Judge Taryn A. Merkl, that the defendant pleaded guilty knowingly and voluntarily, and that there is a factual basis supporting the defendant's plea of guilty.

   IT IS HEREBY ORDERED that the guilty plea of the defendant is accepted.

   SO ORDERED

   _____
   HONORABLE DIANE GUJARATI
   UNITED STATES DISTRICT JUDGE
   EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
   _____, 2024