UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America

       - against -   24-CR-398(DG)(TAM)

John Doe

------------------------------------------------------------X

TARYN A. MERKL, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE TARYN A. MERKL

    United States Magistrate Judge Taryn A. Merkl has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Taryn A. Merkl. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Taryn A. Merkl.

John Doe
_____
Defendant

_____
United States Attorney, E.D.N.Y.

_____
Attorney for the Defendant

By:  __Breon Peace__
    United States Attorney

Dated: 11/21/2024

_Taryn A. Merkl_
Hon. Taryn A. Merkl, U.S.M.J.

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. # 24-CR-398(DG)
DATE: 11-21-2024