UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America

          v.                                            **ORDER**
                                                      24-CR-00398 (DG)

John Doe,

                         Defendant.
------------------------------------------------------------X
DIANE GUJARATI, United States District Judge:

      The Court has reviewed the transcript of the plea hearing of Defendant John Doe before Magistrate Judge Taryn A. Merkl on October 21, 2024 and the transcript of the supplemental plea hearing before Judge Merkl on November 21, 2024 and hereby finds that the defendant, understanding his rights and the consequences of his plea of guilty, knowingly and voluntarily entered a plea of guilty to Count One of the Information in the above-captioned case. The Court further finds that there is a factual basis for the plea. The Court hereby accepts the plea of guilty of Defendant John Doe.

      SO ORDERED.

                                                    */s/ Diane Gujarati*
                                                    DIANE GUJARATI
                                                    United States District Judge

Dated:  November 26, 2024
         Brooklyn, New York